**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02698-DDD-KAS

ELET VALENTINE,

        Plaintiff,

v.

VERIZON WIRELESS, LLC; CELLO PARTNERSHIP d/b/a VERIZON WIRELESS; and
VERIZON COMMUNICATIONS, INC.,

        Defendants.

---

**DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'S
CORPORATE DISCLOSURE CERTIFICATE**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cellco Partnership d/b/a Verizon Wireless, *erroneously sued as* "Cello Partnership d/b/a Verizon Wireless," "Verizon Wireless, LLC," and "Verizon Communications, Inc." ("Defendant") states that it has three members:

1. Bell Atlantic Mobile Systems LLC, which is wholly owned by MCI Communications Services Inc.;

2. GTE Wireless LLC, which is wholly owned by Verizon Communications Inc.; and

3. Verizon Americas Inc., which is wholly owned by Verizon Communications Inc. Defendant further states that it is indirectly wholly owned by Verizon Communications Inc., as are the other foregoing companies.  No publicly held company owns 10 percent or more of Verizon Communications Inc.

Dated:  November 8, 2023


/s/ Thomas E.M. Werge
Thomas E.M. Werge (Colo. Reg. #42726)
WERGE LAW GROUP
1627 Vine St., Ste 200
Denver, CO 80206
Telephone: (303) 586-4900
Email: tom@werge.law
*Attorney for Defendant Cellco Partnership d/b/a Verizon Wireless*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2023, I have caused a true and correct copy of the foregoing **DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'S CORPORATE DISCLOSURE CERTIFICATE** to be served via U.S. Mail on the following:

Elet Valentine
3700 Quebec Street
#100-306
Denver, CO 80207
E-mail:  eletv7191@gmail.com
*Plaintiff, Pro Se*

In addition, as a courtesy, a copy was sent via e-mail transmission.


*s/ Peggy P. Quines*
Peggy P. Quines, Paralegal
WERGE LAW GROUP

3