**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02698-DDD-KAS

ELET VALENTINE,

        Plaintiff,

v.

VERIZON WIRELESS, LLC; CELLO PARTNERSHIP d/b/a VERIZON WIRELESS; and
VERIZON COMMUNICATIONS, INC.,

        Defendants.

---

**DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'S ANSWER
TO VERIFIED COMPLAINT FOR DAMAGES**

---

Defendant Cellco Partnership d/b/a Verizon Wireless, *erroneously sued as* "Cello Partnership d/b/a Verizon Wireless," "Verizon Wireless, LLC," and "Verizon Communications, Inc." ("Defendant"), by and through its undersigned counsel, for itself and for no other party, hereby answers the Verified Complaint and Demand for Jury Trial ("Complaint") of Plaintiff Elet Valentine ("Plaintiff"), responding to the correspondingly numbered paragraphs thereof.[1]

**<u>Parties</u>**[2]

1.    Answering Paragraph 1, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

2.    Answering Paragraph 2, and each of its subparts, Defendant states that Verizon Wireless, LLC and Verizon Communications, Inc. are incorrectly named entities.  Defendant is

---

[1] Due to a clerical error, Defendant inadvertently filed a prior and incomplete version of its Answer earlier in the day today (Doc. 13). Defendant respectfully presents this corrected and complete version of the filing as Defendant's Answer and operative pleading in this matter.

[2] The Complaint's headings are repeated herein for organizational purposes only but should be considered denied.

the only proper party to this action, and is the entity with which Plaintiff contracted for her wireless services.

## Jurisdiction and Venue

Answering the unnumbered paragraph at p. 2, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

3. Answering Paragraph 3, Defendant admits only that Plaintiff is a natural person. As to the remaining allegations of this paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

4. Answering Paragraph 4, and each of its subparts, Defendant states that Verizon Wireless, LLC and Verizon Communications, Inc. are incorrectly named entities. Defendant is the only proper party to this action, and is the entity with which Plaintiff contracted for her wireless services. Defendant admits that it is a Delaware partnership, with its principal place of business in New Jersey. Any allegations not expressly admitted are denied.

5. Answering Paragraph 5, Defendant admits only that Plaintiff purports to request over $1,000,000 in damages. Any allegations not expressly admitted are denied.

6. Answering Paragraph 6, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

## Arbitration Requirement

Answering the unnumbered paragraph at p. 3, Defendant states only that this dispute is governed by a contractual arbitration provision, and that the parties were previously in arbitration, which Plaintiff dismissed. The Arbitrator issued an order in that arbitration stating that the arbitration encompassed all of Plaintiff's claims, and that if Plaintiff wished to proceed in court, the only option available to her was small claims court for a recovery of $7,500 or less. Plaintiff dismissed the arbitration and filed this action.[3]

## Background

Answering the first unnumbered paragraph at p. 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

Answering the second unnumbered paragraph at pp. 4-5, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

Answering the third unnumbered paragraph at p. 5, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

Answering the fourth unnumbered paragraph at pp. 5-6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

---

[3] Defendant intends to file a dispositive motion based, in part, on the Arbitrator's order.

Answering the fifth unnumbered paragraph at p. 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

1.     Answering Paragraph 1, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

2.     Answering Paragraph 2, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

3.     Answering Paragraph 3, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

4.     Answering Paragraph 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

5.     Answering Paragraph 5 and Footnote 1, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

6.     Answering Paragraph 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

7.     Answering Paragraph 7, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

8.     Answering Paragraph 8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

9.     Answering Paragraph 9, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

10.     Answering Paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

11.     Answering Paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

12.     Answering Paragraph 12, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

13.     Answering Paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

14.     Answering Paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

15.     Answering Paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

16.     Answering Paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

17.     Answering Paragraph 17 and Footnote 2, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

18.     Answering Paragraph 18, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

19.     Answering Paragraph 19, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

20.     Answering Paragraph 20 and Footnote 3, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

21.     Answering Paragraph 21, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

22.     Answering Paragraph 22 and Footnote 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

23.     Answering Paragraph 23 and Footnote 5, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

24.     Answering Paragraph 24, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

25.     Answering Paragraph 25, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

26.     Answering Paragraph 26, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

27.     Answering Paragraph 27, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

28.     Answering Paragraph 28, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

29.     Answering Paragraph 29, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

30.     Answering Paragraph 30, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

31.     Answering Paragraph 31, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

32.     Answering Paragraph 32, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

33.     Answering Paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

34.     Answering Paragraph 34 and Footnote 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

35.     Answering Paragraph 35, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

36.     Answering Paragraph 36, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

37.     Answering Paragraph 37 and Footnote 7, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

38.     Answering Paragraph 38, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

39.     Answering Paragraph 39, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

40.     Answering Paragraph 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

41.     Answering Paragraph 41, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

42.     Answering Paragraph 42, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

43.     Answering Paragraph 43, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

44.     Answering Paragraph 44, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

45.     Answering Paragraph 45, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

46.     Answering Paragraph 46, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

47.     Answering Paragraph 47, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

48.     Answering Paragraph 48, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

49.     Answering Paragraph 49, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

50.     Answering Paragraph 50, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

51.     Answering Paragraph 51, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

52.     Answering Paragraph 52, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

53.     Answering Paragraph 53, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

54.     Answering Paragraph 54, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

55.     Answering Paragraph 55, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

56.     Answering Paragraph 56, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

57.     Answering Paragraph 57, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

58.     Answering Paragraph 58, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

59.     Answering Paragraph 59, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

60.     Answering Paragraph 60, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

61.     Answering Paragraph 61, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

62.     Answering Paragraph 62, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

63.     Answering Paragraph 63 and Footnote 8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

64.     Answering Paragraph 64, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

65.     Answering Paragraph 65, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

66.     Answering Paragraph 66, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

67.     Answering Paragraph 67, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

68.     Answering Paragraph 68, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

69.     Answering Paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

70.     Answering Paragraph 70, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

71.     Answering Paragraph 71, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

72.     Answering Paragraph 72, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

73.     Answering Paragraph 73, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

74.     Answering Paragraph 74, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

75.     Answering Paragraph 75 and Footnote 9, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

76.     Answering Paragraph 76, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

77.     Answering Paragraph 77, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

78.     Answering Paragraph 78 and Footnote 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

79.     Answering Paragraph 79, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

80.     Answering Paragraph 80, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

81.     Answering Paragraph 81, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

82.     Answering Paragraph 82, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

83.     Answering Paragraph 83, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

84.     Answering Paragraph 84, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

85.     Answering Paragraph 85, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

86.     Answering Paragraph 86, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

87.     Answering Paragraph 87, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

88.     Answering Paragraph 88, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

89.     Answering Paragraph 89, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

90.     Answering Paragraph 90, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

91.     Answering Paragraph 91, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

92.     Answering Paragraph 92 and Footnote 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

93.     Answering Paragraph 93, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

94.     Answering Paragraph 94, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

95.     Answering Paragraph 95, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

96.     Answering Paragraph 96, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

97.     Answering Paragraph 97, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

98.     Answering Paragraph 98, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

99.     Answering Paragraph 99, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

100.     Answering Paragraph 100, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

101.     Answering Paragraph 101, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

102.     Answering Paragraph 102, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

103.     Answering Paragraph 103, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

104.     Answering Paragraph 104, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

105.     Answering Paragraph 105, Defendant denies the allegations.

106.    Answering Paragraph 106, Defendant admits that Plaintiff filed a request for arbitration with the AAA on or about September 28, 2022.

107.    Answering Paragraph 107, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

108.    Answering Paragraph 108, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

109.    Answering Paragraph 109, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

110.    Answering Paragraph 110, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

111.    Answering Paragraph 111, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

## STATEMENT OF CLAIMS

### FIRST CLAIM FOR RELIEF
### Breach of Contract

Answering the unnumbered paragraphs at pp. 26-33 constituting Plaintiff's First Claim for Relief for Breach of Contract, and each of its subparts, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.  Defendant denies the allegations and further denies that Plaintiff is entitled to any relief whatsoever.

### SECOND CLAIM FOR RELIEF
### Colorado Civil Theft – C.R.S. § 18-4-405

Answering the unnumbered paragraphs at pp. 33-35 constituting Plaintiff's Second Claim for Relief for Civil Theft, and each of its subparts, Defendant incorporates by reference all

preceding answering paragraphs, as if fully set forth herein.  Defendant denies the allegations and further denies that Plaintiff is entitled to any relief whatsoever.

### THIRD CLAIM FOR RELIEF
### Vicarious Liability – Respondeat Superior

Answering the unnumbered paragraphs at pp. 35-36 constituting Plaintiff's Third Claim for Relief for Vicarious Liability, and each of its subparts, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.  Defendant denies the allegations and further denies that Plaintiff is entitled to any relief whatsoever.

### FOURTH CLAIM FOR RELIEF
### Gross Negligence

Answering the unnumbered paragraphs at pp. 36-41 constituting Plaintiff's Fourth Claim for Relief for Gross Negligence, and each of its subparts, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.  Defendant denies the allegations and further denies that Plaintiff is entitled to any relief whatsoever.

### RELIEF

Answering the unnumbered paragraph setting forth Plaintiff's "Prayer for Relief," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### Billing – Monetary

Answering the unnumbered paragraph setting forth Plaintiff's claimed "Billing - Monetary," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### Reimbursement for Compromised Wireless Devices – Monetary

Answering the unnumbered paragraph setting forth Plaintiff's claimed "Reimbursement for Compromised Wireless Devices," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### Future Protection and Security of the Wireless Account

Answering the unnumbered paragraph setting forth Plaintiff's claimed "Future Protection and Security of the Wireless Account," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### Future Protection of Personal Identifiable Information

Answering the unnumbered paragraph setting forth Plaintiff's claimed "Future Protection of Personal Identifiable Information," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### Emotional Distress – Monetary

Answering the unnumbered paragraph setting forth Plaintiff's claimed "Emotional Distress," and each of its subparts, Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

### JURY DEMAND

Answering the unnumbered jury demand, Defendant admits that Plaintiff demands a trial by jury.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.      Defendant reserves the right to compel contractual arbitration.

### SECOND AFFIRMATIVE DEFENSE

2.      Plaintiff's claims are barred in whole or in part by the doctrines of equitable or collateral estoppel and res judicata.

### THIRD AFFIRMATIVE DEFENSE

3.      Plaintiff fails to state a claim upon which relief can be granted against Defendant.

### FOURTH AFFIRMATIVE DEFENSE

4.      Defendant is entitled to a set-off against any award to Plaintiff.  Defendant also reserves the right to file a claim for the balance due and owing on Plaintiff's account.

### FIFTH AFFIRMATIVE DEFENSE

5.      Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

6.      Plaintiff is barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, waiver, unclean hands, laches, or other equitable doctrines.

### SEVENTH AFFIRMATIVE DEFENSE

7.      Plaintiff's claims are barred in whole or in part because Plaintiff has failed to mitigate her alleged damages, if any.

### EIGHTH AFFIRMATIVE DEFENSE

8.      Plaintiff's claims are barred in whole or in part because Plaintiff consented to, ratified, or acquiesced in all of the alleged acts or omissions alleged.

### NINTH AFFIRMATIVE DEFENSE

9.      Defendant's conduct was privileged or justified.

## TENTH AFFIRMATIVE DEFENSE

10.     Plaintiff has waived any and all claims, rights and demands made in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     Plaintiff's claims may be barred because the acts or omissions of which Plaintiff complains have been approved or mandated, implicitly or expressly, by applicable statutes and regulations.

## TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's claims may be barred because Defendant at all times complied in good faith with all applicable statutes and regulations.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.     Defendant specifically denies that it acted with any willfulness, oppression, or malice towards Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.     If Plaintiff suffered or sustained any loss, injury, damage or detriment, it was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, or intentional misconduct of others, and not by Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.     If Plaintiff suffered or sustained any loss, injury, damage or detriment, it was directly and proximately caused and contributed to by the intervening acts of others, and not by Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     If Plaintiff prevails against Defendant, Defendant's liability is several and limited to its own actionable segment of fault, if any.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails as a matter of law due to lack of standing to bring this action.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     Plaintiff's claims are barred in whole or in part, or her damages are limited, because of the limitation of liability provision she agreed to.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     Plaintiff's claims are barred in whole or in part because the alleged hackers were not employees of Defendant.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     Plaintiff's claims are barred in whole or in part because Defendant did not breach any duty owed to Plaintiff or engage in any outrageous conduct with respect to her.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     Plaintiff's claims are barred in whole or in part because the alleged intentional/criminal acts of the hackers were not reasonably foreseeable and/or did not further Defendant's legitimate business interests.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     Plaintiff's claims are barred in whole or in part because she consented to the acts at issue.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     Plaintiff's claims are barred in whole or in part because this court lacks subject matter jurisdiction and/or venue is improper.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     Defendant specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserves the right to amend its Answer and assert such defenses.

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiff take nothing from Defendant by way of the Complaint;

2.      For costs of suit herein;

3.      For attorney's fees to the extent available by law or contract; and

4.      For such other and further relief as this Court may deem just and proper.

Dated:  November 8, 2023

*/s/ Thomas E.M. Werge*
Thomas E.M. Werge (Colo. Reg. #42726)
WERGE LAW GROUP
1627 Vine St., Ste 200
Denver, CO 80206
Telephone: (303) 586-4900
Email: tom@werge.law
*Attorney for Defendant Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2023, I have caused a true and correct copy of the foregoing **DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'S ANSWER TO VERIFIED COMPLAINT FOR DAMAGES** to be filed via CM/ECF, which shall serve the same upon:

> Elet Valentine
> 3700 Quebec Street #100-306
> Denver, CO 80207
> E-mail: eletv7191@gmail.com
> *Plaintiff (pro se, registered for electronic filing)*

/s/ Peggy P. Quines
Peggy P. Quines, Paralegal
WERGE LAW GROUP